**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

ROBERT MORROW,

Plaintiff,

v.

CREDENCE RESOURCE MANAGEMENT, LLC.

Defendant.

Case No. ______________

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Credence Resource Management, LLC ("CRM"), through undersigned counsel, hereby removes this action from the Iowa District Court for Polk County, Case No. SCSC652617, to the United States District Court for the Southern District of Iowa. In support of this Notice of Removal, CRM states:

1. On March 16, 2020, Plaintiff, Robert Morrow ("Plaintiff"), commenced a civil action in the Iowa District Court for Polk County, entitled and captioned *Robert Morrow v. Credence Resource Management, LLC,* Case No. SCSC652617 (hereinafter the "State Court Action"). A true and correct copy of the Original Notice and Petition for Money Judgment is attached hereto as **Exhibit A**. An attachment to the Petition was filed separately as an exhibit to the Petition. That exhibit is attached hereto as **Exhibit B**.

2. In the Petition, Plaintiff alleges statutory causes of action against CRM under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* Therefore, this Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because plaintiff's Petition alleges a cause of action arising under the laws of the United States. Because plaintiff affirmatively alleges violations of the FDCPA, the Petition asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

3. CRM was served with a copy of the Original Notice and Petition for Money Judgment on March 20, 2020. A true and correct copy of plaintiff's proof of service documents are attached hereto as **Exhibits C-E**.

4. Upon information and belief, the foregoing documents and exhibits constitute all of the process, pleadings, and orders on file in the State Court Action proceeding. In accordance with 28 U.S.C. § 1446(a) and LR 81, copies of all process, pleadings, and orders filed in this action are attached hereto as Exhibits A-E, and by this reference incorporated herein.

5. There are no current motions pending and there have been no further proceedings before the Iowa District Court in the State Court Action.

6. This action has not been previously removed to federal court.

7. The time within which CRM is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired. This Notice of Removal is timely, having been filed within 30 days of the date on which CRM received a copy of the Original Notice and Petition for Money Judgment. *See* 28 U.S.C. § 1446.

8. The Iowa District Court for Polk County is located within the United States District Court for the Southern District of Iowa. Therefore, venue for purposes of removal is proper pursuant to 28 U.S.C. § 89(b) because the United States District Court for the Southern District of Iowa embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

9. In accordance with 28 U.S.C. § 1446(d), a copy of this written notice of this Notice of Removal of this action is being filed with the Clerk of the Iowa District Court for Polk County and is being caused to be served on all counsel and parties of record, including plaintiff through his counsel. *See* **Exhibit F** attached hereto.

10. In accordance with LR 81, the names of pro se parties, counsel and the law firms that have appeared in the State Court Action are as follows:

Samuel Marks, Esq.
Marks Law Firm
4225 University Ave., Des Moines, IA 50311
sam@markslawdm.com
*Attorney for Plaintiff*

Lance W. Lange, Esq.
Faegre Drinker Biddle & Reath LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
lance.lange@faegredrinker.com
*Attorney for Defendant*

WHEREFORE, Defendant, Credence Resource Management, LLC, gives notice that this action is removed from the Iowa District Court for Polk County, State of Iowa, to the United States District Court for the Southern District of Iowa.

Dated: April 8, 2020

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Lance W. Lange*
Lance W. Lange, AT0004562
*lance.lange@faegredrinker.com*
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone No.: (515) 447-4725
Facsimile No.: (515) 248-9010
**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2020, I electronically filed the foregoing document with the Clerk of Court by using the Iowa Judicial Branch electronic filing system which will send a notice of electronic filing to all counsel of record.

/s/ Paulette Ohnemus

# EXHIBIT A

E-FILED 2020 MAR 16 1:46 PM POLK - CLERK OF DISTRICT COURT

Small Claims Form 3.1: *Original Notice and Petition for a Money Judgment*

In the Iowa District Court for Polk County

| | |
|---|---|
| Plaintiff(s)<br>Robert Morrow<br>(Name)<br>1128 23rd St<br>(Address)<br>Des Moines, IA 50311<br>(Name)<br><br>(Address)<br>vs.<br>Defendant(s)<br>Credence Resource Management LLC<br>(Name)<br>C/O Corporation Service Company<br>(Address)<br>505 5th Ave, Ste 729<br>(Name)<br>Des Moines, IA 50309<br>(Address) | **Original Notice and Petition for a Money Judgment**<br><br>If you need assistance to participate in court due to a disability, call the disability coordinator (information at https://www.iowacourts.gov/for-the-public/ada/). Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.** |

To Defendant(s):

1. **You are notified** that Plaintiff(s) demand(s) from you the amount of $ 6500 plus court costs based on (state briefly the basis for the demand, not to exceed $6500):

Defendant violated Iowa Code § 537.7103(1)(f), Iowa Code § 537.7103(4)(e), and 15 U.S.C. § 1692e(2)(A) by misrepresenting the character, extent, or amount of a debt. Defendant additionally violated 15 U.S.C. §§ 1692e(5) and 1692e(10). See Plaintiff's Exhibit A.

2. **Judgment may be entered against you unless** you file an Appearance and Answer within **20 days** of the service of the Original Notice upon you. Judgment may include the amount requested plus interest and court costs.

3. You must electronically file the Appearance and Answer using the Iowa Judicial Branch Electronic Document Management System (EDMS) at https://www.iowacourts.state.ia.us/EFile, unless you obtain from the court an exemption from electronic filing requirements.

4. If your Appearance and Answer is filed within **20 days** and you deny the claim, you will receive electronic notification through EDMS of the place and time of the hearing on this matter.

5. If you electronically file, EDMS will serve a copy of the Appearance and Answer on Plaintiff(s) or on the attorney(s) for Plaintiff(s). The Notice of Electronic Filing will indicate if Plaintiff(s) is (are) exempt from electronic filing, and if you must mail a copy of your Appearance and Answer to Plaintiff(s).

6. You must also notify the clerk's office of any address change.

***Continued on next page***

/s/ Samuel Z. Marks
Filing Plaintiff or Attorney
Marks Law Firm
Law firm, or entity for which filing is made, if applicable
4225 University Ave. Des Moines, IA 50311
Mailing address
515-276-7211
Telephone number
office@markslawdm.com
Email address
sam@markslawdm.com
Additional email address, if applicable

/s/ ______________________
Second Plaintiff, if applicable

______________________
Law firm, or entity for which filing is made, if applicable

______________________
Mailing address

______________________
Telephone number

______________________
Email address

______________________
Additional email address, if applicable


*Upon electronic filing, a clerk's signature page will be attached to this document as page 3.

E-FILED 2020 MAR 16 2:13 PM POLK - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

*Case No.* SCSC652617

*County* Polk

*Case Title* ROBERT MORROW VS CREDENCE RESOURCE MANAGEMENT LLC

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:** http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* 03/16/2020 02:13:51 PM




*District Clerk of* Polk *County*

/s/ Awadia Adol

# EXHIBIT B

Exhibit A

STATEMENT OF FACTS AND LAW:

Robert Morrow v. Credence Resource Management LLC

1. Plaintiff is a "debtor" as that term is defined by Iowa Code § 537.7102(6) and a "consumer" as that term is defined by Iowa Code § 537.1301(11) and 15 U.S.C. § 1692a(3).
2. Defendant is a "debt collector" as defined by Iowa Code § 537.7102(5) and 15 U.S.C. §1692a(6).
3. Plaintiff incurred a "debt," as that term is defined by Iowa Code § 537.7102(3) and 15 U.S.C. § 1692a(5), to DirecTV LLC, which was used for personal, family, or household use.
4. The debt in question does not exceed the threshold amount as set forth by Iowa Code § 537.1301(47) and 12 C.F.R. 1026.3(b).
5. Sometime in July, DirecTV mailed Plaintiff a billing statement indicating an amount due of $144.76.
6. On or about July 22, 2019, 2019, Plaintiff mailed DirecTV a check made payable to "Direct TV" for $145.00 via certified mail-return receipt requested.
7. On August 13, 2019, Plaintiff's previously described check payable to DirecTV was negotiated by DirecTV through Wells Fargo.
8. On or about August 19, 2019, Plaintiff's previously described check payable to DirecTV cleared Plaintiff's financial institution, First Class Community Credit Union.
9. Sometime thereafter, DirectTV sold and/or assigned Plaintiff's account to Defendant Credence Resource Management LLC.
10. On or about February 3, 2020, Defendant mailed Plaintiff a letter in an attempt to collect an already-satisfied debt in violation of the Iowa Debt Collection Practices Act and the Fair Debt Collection Practices Act.
11. Defendant has violated Iowa Code § 537.7103(1)(f) by violating Iowa Code § 537.7103(4)(e), 15 U.S.C. § 1692e(2)(A), 15 U.S.C. § 1692e(5), and 15 U.S.C. § 1692e(10).
12. Defendant has violated Iowa Code § 537.7103(4)(e) and 15 U.S.C. § 1692e(2)(A) by misrepresenting the character, extent, or amount of a debt.

Exhibit A

13. Defendant has violated 15 U.S.C. § 1692e(5) by threatening to take an action that cannot legally be taken.
14. Defendant has violated 15 U.S.C. § 1692e(10) by using false representations in an attempt to collect a debt.
15. Plaintiff is entitled to recover actual damages. Further, the Plaintiff is entitled to recover statutory damages in an amount determined by the Court, but not less than one hundred dollars nor more than one thousand dollars for Defendant's violations of the Iowa Debt Collection Practices Act pursuant to Iowa Code § 537.5201(1)(a)(25).
16. Additionally, the Plaintiff is entitled to actual damages pursuant to Fair Debt Collection Practices Act 15 U.S.C. § 1692k(a)(1) and statutory damages in an amount up to $1,000.00 for the benefit of the Plaintiff pursuant to 15 U.S.C. § 1692k(a)(2)(A).
17. Plaintiff is entitled to an award of the costs of this action and reasonable attorney fees for Defendant's violations of the Iowa Debt Collection Practices Act pursuant to Iowa Code § 537.5201(8) and for Defendant's violations of the Fair Debt Collect Practices Act pursuant to 15 U.S.C. § 1692k(a)(3).

# EXHIBIT C





March 20, 2020

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 0661 5400 0149 7714 85**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | March 20, 2020, 11:29 am |
| **Location:** | DES MOINES, IA 50309 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |
| **Recipient Name:** | CREDENENCE RESOURCE MANAGEMENT LLC |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | REED<br>B)w 913 <19 |
| Address of Recipient: | 505 S 729 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 92148901066154000149771485
SCSC652617
CREDENENCE RESOURCE MANAGEMENT LLC
505 5TH AVE STE 729
C/O CORPORATION SERVICE COMPANY
DES MOINES, IA 50309-0000

# EXHIBIT D




E-FILED 05771 SCSC652617 - 2020 MAR 24 08:42 AM POLK
CLERK OF DISTRICT COURT Page 1 of 1

March 20, 2020

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 0661 5400 0149 7719 11**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | March 20, 2020, 11:29 am |
| **Location:** | DES MOINES, IA 50309 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |
| **Recipient Name:** | CREDENCE RESOURCE MANAGEMENT LLC |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | Recd Blw 913 619 |
| Address of Recipient: | 505 5 729 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 92148901066154000149771911
SCSC652617
CREDENCE RESOURCE MANAGEMENT LLC
C/O CORPORATION SERVICE COMPANY
505 5TH AVE STE 729
DES MOINES, IA 50309-0000

# EXHIBIT E

POLK COUNTY CLERK OF COURT
POLK COUNTY JUSTICE CENTER
222 5TH AVE
DES MOINES, IA 50309-4044



E-FILED 03771 SCSC652617 - 2020 MAR 18 02:34 PM POLK
CLERK OF DISTRICT COURT Page 1 of 1

9214 8901 0661 5400 0149 7719 11

**RETURN RECEIPT (ELECTRONIC)**

**SCSC652617**

CREDENCE RESOURCE MANAGEMENT LLC
C/O CORPORATION SERVICE COMPANY
505 5TH AVE STE 729
**DES MOINES, IA 50309**

CUT / FOLD HERE

Zone 1

6"X9" ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE

# EXHIBIT F

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| ROBERT MORROW,<br><br>Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC.<br><br>Defendant. | Case No. SCSC652617<br><br>**NOTICE OF REMOVAL** |

To: The Clerk of the Iowa District Court in and for Polk County:

PLEASE TAKE NOTICE that Defendant in the above-captioned action, Credence Resource Management, LLC ("CRM") on this date has filed a Notice of Removal under 28 U.S.C. §§ 1331, 1441 and 1446, thereby removing this action from the Iowa District Court for Polk County to the United States District Court for Southern District of Iowa.

In accordance with the provisions of 28 U.S.C. § 1446, a copy of the Notice of Removal is attached to this Notice as **Exhibit 1** and by this reference is incorporated herein. The state court is now precluded from conducting any further proceedings unless and until the action is remanded from the United States District Court for the Southern District of Iowa.

Dated: April 8, 2020

**FAEGRE DRINKER BIDDLE & REATH LLP**

*<u>/s/ Lance W. Lange</u>*
Lance W. Lange, AT0004562
*lance.lange@faegredrinker.com*
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309

Telephone No.: (515) 447-4725
Facsimile No.: (515) 248-9010
**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2020, I electronically filed the foregoing document with the Clerk of Court by using the Iowa Judicial Branch electronic filing system which will send a notice of electronic filing to all counsel of record.

/s/ Paulette Ohnemus